UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Walter Price and Heidi Hedlund, Trustees, Revokable Living Trust D/T/D, 12/24/00, derivatively on behalf of ING Principal Protection Fund, <br><br>    Plaintiffs, <br><br> v. <br><br> ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc., <br><br>    Defendants, and <br><br> ING Principal Protection Fund, <br><br>    Nominal Defendant. | Civil Action <br> No. 03-12198 JLT |
| Medea Palandjian, derivatively on behalf of ING Principal Protection Fund II and ING Principal Protection Fund IV, <br><br>    Plaintiffs, <br><br> v. <br><br> ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc., <br><br>    Defendants, and <br><br> ING Principal Protection Fund II and ING Principal Protection Fund IV, <br><br>    Nominal Defendants. | Civil Action <br> No. 03-12530 JLT |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel to the Defendants and Nominal Defendants in the above-referenced actions.

Respectfully submitted,

_____
Thomas N. O'Connor, Esq. (BBO# 377185)
Alan J. Langton II, Esq. (BBO# 638088)
Quigley & O'Connor LLC
20 Custom House Street, Suite 1040
Boston, Massachusetts 02110
(617) 292-2520

Dated: February 5, 2004

2