UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Walter Price and Heidi Hedlund, Trustees, Revokable Living Trust D/T/D, 12/24/00, derivatively on behalf of ING Principal Protection Fund,<br><br>    Plaintiffs,<br><br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>    Defendants, and<br><br>ING Principal Protection Fund,<br><br>    Nominal Defendant. | Civil Action No. 03-12198 JLT |
| Medea Palandjian, derivatively on behalf of ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>    Plaintiffs,<br><br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>    Defendants,<br><br>and<br><br>ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>    Nominal Defendants. | Civil Action No. 03-12530 JLT |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY [PROPOSED] PRE-TRIAL ORDER NO. 1**

Now come the Plaintiffs, Walter Price, Heidi Hedlund and Medea Palandjian in the above-referenced actions, and they hereby move, in the interests of the orderly and expeditious litigation of these actions, for the Court to enter [Proposed] Pre-Trial Order No. 1, attached hereto as Exhibit A.

Counsel for the plaintiffs, Edward F. Haber, has discussed this motion and the [Proposed] Pre-Trial Order No. 1 with Thomas O'Connor, counsel for the Defendants, ING Funds Distributor, LLC, ING Investments LLC, and Aeltus Investment Management, Inc. (the "Defendants"), in the above-referenced actions and attorney O'Connor has advised plaintiffs' counsel, and authorized plaintiffs' counsel to advise the Court, that the Defendants favor consolidation and do not oppose anything in this motion or in the [Proposed] Pre-Trial Order No. 1.

Respectfully submitted by the attorneys
for the Plaintiffs, Walter Price, Heidi Hedlund,
and Medea Palandjian,

Edward F. Haber (BBO No. 215620)
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA 02109
(617) 439-3939

## LOCAL RULE 7.1 CERTIFICATE

Counsel for the plaintiffs, Edward F. Haber, has discussed this motion and the [Proposed] Pre-Trial Order No. 1 with Thomas O'Connor, counsel for the Defendants, ING Funds Distributor, LLC, ING Investments LLC, and Aeltus Investment Management, Inc. (the "Defendants"), in the above-referenced actions and attorney O'Connor has advised plaintiffs' counsel, and authorized plaintiffs' counsel to advise the Court, that the Defendants favor consolidation and do not oppose anything in this motion or in the [Proposed] Pre-Trial Order No. 1.

Edward F. Haber

## CERTIFICATE OF SERVICE

I, Edward F. Haber, hereby certify that a true copy of the above document was served upon the attorneys for the Defendants ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management, Inc., Mark A. Kirsch, Clifford Chance US LLP, 200 Park Avenue, New York, NY 10166-0153, and Thomas N. O'Connor, Quigley & O'Connor, 20 Customhouse, Boston, MA 02110 via US Mail on Feb. 5, 2004

Edward F. Haber