# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Walter Price and Heidi Hedlund, Trustees, Revocable Living Trust D/T/D, 12/24/00, derivatively on behalf of ING Principal Protection Fund,<br><br>                            Plaintiffs,<br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>                        Defendants, and<br><br>ING Principal Protection Fund,<br><br>                      Nominal Defendant. | Civil Action No. 03-12198 JLT |
| Medea Palandjian, derivatively on behalf of ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>                        Plaintiffs,<br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>                        Defendants,<br><br>and<br><br>ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>                      Nominal Defendants. | Civil Action No. 03-12530 JLT |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES N. BENEDICT, MARK A. KIRSCH AND STEVEN F. GATTI

Pursuant to Local Rule 83.5.3(b), Thomas N. O'Connor, a member of the bar of this Court, hereby moves this Court for an order allowing James N. Benedict, Mark A. Kirsch, and Steven F. Gatti to appear in this matter on behalf of Defendants, ING Investments, LLC, ING Funds Distributor, LLC, and Aeltus Investment Management, Inc. Mr. O'Connor is a member in good standing of the United States District Court for the District of Massachusetts. As grounds for this motion, Mr. O'Connor relies upon the affidavits of Messrs. Benedict, Kirsch, and Gatti (submitted herewith) and states as follows:

1. Mr. Benedict is admitted to practice law in the State of New York.

2. Mr. Benedict is admitted to practice in the following federal courts: the United States District Court, Southern and Eastern Districts of New York, the United States Court of Appeals for the Second, Third, Sixth, Eighth, Ninth, Tenth and Eleventh Circuits and the United States Supreme Court.

3. Mr. Kirsch is admitted to practice law in the State of New York.

4. Mr. Kirsch is admitted to practice in the following federal courts: the United States District Court, Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit and the United States Tax Court.

5. Mr. Gatti is admitted to practice law in the States of New Jersey, Maryland, and the District of Columbia.

6. Mr. Gatti is admitted to practice in the following federal courts: the United States District Court, District of New Jersey and the United States District Court, District of Maryland.

7. Messrs. Benedict, Kirsch, and Gatti are members in good standing in all jurisdictions where they have been admitted to practice.

8.  There are no disciplinary proceedings pending against Messrs. Benedict, Kirsch, or Gatti as members of the bar in any jurisdiction.

9.  Messrs. Benedict, Kirsch, and Gatti are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

10. Messrs. Benedict, Kirsch, and Gatti are familiar with the facts and circumstances underlying the captioned action and their admission *Pro Hac Vice* will facilitate the just and speedy resolution of this action.

11. Plaintiffs, through their counsel, have assented to this motion.

12. Defendants have tendered a check to the clerk for $150 upon the filing of this motion, which represents the court's filing fees for Messrs. Benedict, Kirsch, and Gatti's admission *Pro Hac Vice*.

WHEREFORE, Thomas N. O'Connor hereby requests that this Court admit James N. Benedict, Mark A. Kirsch, and Steven F. Gatti to appear in this matter on behalf of ING Investments, LLC, ING Funds Distributor, LLC and Aeltus Investment Management, Inc.

/s/ Thomas N. O'Connor
Thomas N. O'Connor, Esq. (BBO# 377185)
Quigley, O'Connor and Carnathan, LLC
20 Custom House Street, Suite 1040
Boston, MA 02110
(617) 292-2520

Dated: March 3, 2004.

## CERTIFICATE OF SERVICE

I, Thomas N. O'Connor, hereby certify that on this 3rd day of March, 2004, I caused to be served a true copy of the above document upon the attorney for the Plaintiffs, by mailing a copy of the same to:

Edward F. Haber, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Thomas N. O'Connor