## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Walter Price and Heidi Hedlund, Trustees, Revocable Living Trust D/T/D, 12/24/00, derivatively on behalf of ING Principal Protection Fund,<br><br>                            Plaintiffs,<br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>                          Defendants, and<br><br>ING Principal Protection Fund,<br><br>                          Nominal Defendant. | Civil Action No. 03-12198 JLT |
| Medea Palandjian, derivatively on behalf of ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>                          Plaintiffs,<br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>                          Defendants,<br><br>and<br><br>ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>                          Nominal Defendants. | Civil Action No. 03-12530 JLT |

## **AFFIDAVIT OF MARK A. KIRSCH**

Mark A. Kirsch, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in New York. I am a partner in the law firm of Clifford Chance US LLP in New York, New York. I submit this affidavit in support of a Motion for Admission *Pro Hac Vice* in the above captioned action on behalf of Defendants ING Investments, LLC; ING Funds Distributor, LLC; and Aeltus Investment Management, Inc.

2. I am intimately familiar with the facts and circumstances underlying the captioned action and my admission *Pro Hac Vice* will facilitate the just and speedy resolution of this action.

3. I am a member of the bar of the United States District Court for the Southern and Eastern Districts of New York, and the United States Court of Appeals, Second Circuit.

4. I am also admitted to practice in the United States Tax Court.

5. I am a member in good standing in all jurisdictions where I have been admitted to practice.

6. There are no disciplinary proceedings pending against me in any jurisdiction.

7. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 23rd day of February, 2004.

_____
Mark A. Kirsch

NYA 655432.2