UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Walter Price and Heidi Hedlund, Trustees, Revocable Living Trust D/T/D, 12/24/00, derivatively on behalf of ING Principal Protection Fund,<br><br>      Plaintiffs,<br><br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>      Defendants, and<br><br>ING Principal Protection Fund,<br><br>      Nominal Defendant. | Civil Action No. 03-12198 JLT |
| Medea Palandjian, derivatively on behalf of ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>      Plaintiffs,<br><br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>      Defendants,<br><br>and<br><br>ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>      Nominal Defendants. | Civil Action No. 03-12530 JLT |

## AFFIDAVIT OF STEVEN F. GATTI

Steven F. Gatti, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in New Jersey, Maryland and the District of Columbia. I am an associate in the law firm of Clifford Chance US LLP in Washington, D.C. I submit this affidavit in support of a Motion for Admission *Pro Hac Vice* in the above captioned action on behalf of Defendants ING Investments, LLC, ING Funds Distributor, LLC, and Aeltus Investment Management, Inc.

2. I am intimately familiar with the facts and circumstances underlying the captioned action and my admission *Pro Hac Vice* will facilitate the just and speedy resolution of this action.

3. I am a member of the bar of the United States District Court, District of New Jersey and the United States District Court, District of Maryland.

4. I am a member in good standing in all jurisdictions where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I have reviewed and am familiar with the Local Rules of the United States District court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 20 day of February, 2004.

_____
Steven F. Gatti

NYA 655433.2