UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Walter Price and Heidi Hedlund, Trustees, Revocable Living Trust D/T/D, 12/24/00, derivatively on behalf of ING Principal Protection Fund,<br><br>                              Plaintiffs,<br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>                              Defendants, and<br><br>ING Principal Protection Fund,<br><br>                              Nominal Defendant. | Civil Action No. 03-12198 JLT |
| Medea Palandjian, derivatively on behalf of ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>                              Plaintiffs,<br>vs.<br><br>ING Funds Distributor, LLC, ING Investments, LLC, and Aeltus Investment Management Inc.,<br><br>                              Defendants,<br>and<br><br>ING Principal Protection Fund II and ING Principal Protection Fund IV,<br><br>                              Nominal Defendants. | Civil Action No. 03-12530 JLT |

**CORPORATE DISCLOSURE STATEMENT**

Defendants ING Investments, LLC, ING Funds Distributor, LLC, and Aeltus Investment Management, Inc., (collectively, the "Defendants"), submit the following corporate disclosure statement pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts.

1.  A)  <u>ING Investments, LLC</u>

Defendant ING Investments, LLC, an Arizona limited liability company, is a wholly-owned subsidiary of ING Funds Services, LLC. ING Funds Services, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of ING Capital Corporation, LLC ("INGCC"). INGCC, a Delaware limited liability company, is a wholly-owned subsidiary of Lion Connecticut Holdings Inc. ("LCH"). LCH, a Connecticut corporation, is a wholly-owned subsidiary of ING America Insurance Holdings, Inc. ("ING AIH"). ING AIH, a Delaware corporation, is a wholly-owned subsidiary of ING Insurance International B.V. ("IIIBV"). IIIBV, a Netherlands company, is a wholly-owned subsidiary of ING Verzekeringen N.V. ("IVNV"), also a Netherlands company. ING Groep, N.V. is the 100 percent parent of IVNV. ING Groep, N.V. is a global financial institution located in the Netherlands, whose shares are publicly listed and traded on Euronext. American Depositary Shares of ING Groep, N.V. are publicly listed and traded on the New York Stock Exchange.

B)  <u>ING Funds Distributor, LLC</u>

Defendant ING Funds Distributor, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of ING Funds Services, LLC. As stated above, ING Funds Services, LLC is a wholly-owned subsidiary of INGCC. INGCC is a wholly-owned subsidiary of LCH. LCH is a wholly-owned subsidiary of ING AIH. ING AIH is a wholly-owned subsidiary of IIIBV. IIIBV is a wholly-owned subsidiary of IVNV. IVNV is a wholly-owned subsidiary of

2

ING Groep, N.V., a publicly owned corporation located in the Netherlands, whose shares are listed and traded on Euronext. American Depositary Shares of ING Groep, N.V. are publicly listed and traded on the New York Stock Exchange.

C)  Aeltus Investment Management, Inc.

Defendant Aeltus Investment Management, Inc., a Connecticut corporation, is a wholly-owned subsidiary of ING Investment Management, LLC ("IIM"). IIM, a Delaware limited liability company, is a wholly-owned subsidiary of LCH. LCH is a wholly-owned subsidiary of ING AIH. ING AIH is a wholly-owned subsidiary of IIIBV. IIIBV is a wholly-owned subsidiary of IVNV. IVNV is a wholly-owned subsidiary of ING Groep, N.V. ING Groep, N.V. is a publicly owned corporation located in the Netherlands, whose shares are listed and traded on Euronext. American Depositary Shares of ING Groep, N.V. are publicly listed and traded on the New York Stock Exchange.

2.  Other than ING Groep, N.V., no publicly held corporation owns ten percent (10%) or more of the shares of ING Investments, LLC, ING Funds Distributor, LLC or Aeltus Investment Management, Inc.

Dated: March 11, 2004.
      Boston, Massachusetts

                                        Respectfully Submitted,

                                        QUIGLEY, O'CONNOR & CARNATHAN, LLC

                                        By: _____
                                          Thomas N. O'Connor, Esq. (BBO 377185)
                                          20 Custom House Street
                                          Boston, MA 02110
                                          (617) 292-2520

**Of Counsel:**

CLIFFORD CHANCE US LLP
   James N. Benedict, Esq.
   Mark A. Kirsch, Esq.
   Steven F. Gatti, Esq.
200 Park Avenue
New York, New York 10166
Tel: (212) 878-8000

*Attorneys for ING Investments, LLC,
ING Funds Distributor, LLC and
Aeltus Investment Management, Inc.*

4

## CERTIFICATE OF SERVICE

I, Thomas N. O'Connor, hereby certify that on the 11th day of March, 2004, I caused to be served a true copy of the above document upon the attorney for the Plaintiffs, by mailing, via overnight delivery, a copy of the same to:

Edward F. Haber, Esq.
Shapiro Haber & Urmy LLP
75 State Street
Boston, MA 02109
(617) 439-3939

_____
Thomas N. O'Connor