UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MEDEA PALANDJIAN, derivatively on behalf of ING PRINCIPAL PROTECTION FUNDS II and ING PRINCIPAL PROTECTION FUND IV, | * * * * * | |
| Plaintiffs, | * * * | |
| v. | * * * | Civil Action No. 03-12530-JLT |
| ING FUNDS DISTRIBUTOR, LLC, ING INVESTMENTS, LLC, and AELTUS INVESTMENT MANAGEMENT INC., | * * * * | |
| Defendants, and | * * | |
| ING PRINCIPAL PROTECTION FUND II, and ING PRINCIPAL PROTECTION FUND IV, | * * * * | |
| Nominal Defendants. | * | |

ORDER

March 18, 2004

TAURO, J.

After the Conference on March 17, 2004, this court hereby orders that:

1. Plaintiffs' Unopposed Motion for Entry [Proposed] Pre-Trial Order No. 1 [#3] is ALLOWED;

2. Plaintiffs must file their Amended Complaint by March 31, 2004;

3. Defendants must file their Motion to Transfer by April 7, 2004;

4. Plaintiffs must file their response to the Motion to Transfer by April 21, 2004;

5.  If this court denies Defendants' Motion to Transfer, Plaintiffs may depose the following individuals: (1) Thomas J. McInerney, (2) John G. Turner, (3) Paul S. Doherty, (4) J. Michael Earley, (5) R. Barbara Gitenstein, (6) Walter H. May, (7) Jock Patton, (8) David W.C. Putnam, (9) Blaine E. Rieke, (10) Roger B. Vincent, and (11) Richard A. Wedemeyer;

6.  If this court denies Defendants' Motion to Transfer, Plaintiffs may, pursuant to Fed. R. Civ. P. 30(b)(6), depose both the advisor of the relevant funds and the distributor of the relevant funds;

7.  If this court denies Defendants' Motion to Transfer, Defendants may depose Plaintiffs and Plaintiffs' expert;

8.  The abovementioned depositions must be completed 120 days after the Parties have complied with this court's Rule 26 Discovery Order; and

9.  The Parties are to appear before this court for a Further Conference on October 5, 2004 at 10:00 a.m.

IT IS SO ORDERED.

                                      /S/ Joseph L. Tauro
                                      United States District Judge